IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JASON SHAWN PETTIT PLAINTIFF

v. Case No. 4:25-cv-4084

SHERIFF BOBBY WALRAVEN; and
JAIL ADMINISTRATOR GINA BUTLER DEFENDANTS

**ORDER**

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Spencer G. Singleton, United States Magistrate Judge for the Western District of Arkansas. ECF No. 21. Judge Singleton recommended that Defendants' Motion to Dismiss (ECF No. 19) be granted and Plaintiff's Complaint (ECF No. 1) be dismissed without prejudice because Plaintiff has failed to prosecute this matter and failed to comply with the Court's orders in violation of Federal Rule of Civil Procedure 41(b) and Local Rule 5.5(c)(2), respectively. Plaintiff has not objected to the R&R, and the time to do so has passed. See 28 U.S.C. § 636(b)(1).

Upon review, finding no clear error on the face of the record and that Judge Singleton's reasoning is sound, the Court adopts the R&R (ECF No. 21) in its entirety. Accordingly, Defendants' Motion to Dismiss (ECF No. 19) is hereby **GRANTED**. Plaintiff's Complaint (ECF No. 1) is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 27th day of October, 2026.

/s/ John Thomas Shepherd
John Thomas Shepherd
United States District Judge